**REQUIRED STATEMENT**
**TO ACCOMPANY ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _Sabrina Lynette Williams_   Case No. _06 B 14472_   Chapter _13_

All Cases: Moving Creditor   UNIVERSAL MORTGAGE CORPORATION   Date Case Filed _11/6/06_

Nature of Relief Sought: _X_ Lift Stay   ___ Annul Stay   _X_ Other (describe) _Dismissal, in the alternative_

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _01/08/07_

Chapter 7:   ____ No-Asset Report Filed on:_____
             ____ No-Asset Report not Filed, Date of Creditor's Meeting _____

1. Collateral
   a.   _X_   Home
   b.   ___   Car   Year, Make and Model_____
   c.   ___   Other (describe)_____

2. Balance Owed as of Petition Date: $105,374.53
   Total of all other Liens against Collateral:_____

3. Attach a payment history, *or* list the months post-petition for which full payment from the debtor was not received: _3/1/09 - 6/1/09_

4. Estimated Value of Collateral (must be supplied in *all* cases) $141,000.00, per Debtor's Schedules.

5. Default
   a.   ___   Pre-Petition Default
               Number of months ____ Amount $14,624.21

   b.   ___   Post-Petition Default
        i.    ___ On direct payments to the moving creditor
              Number of months _4_   Amount $5,927.72

        ii.   ___ On payments to the Standing Chapter 13 Trustee
              Number of months ____   Amount

6. Other Allegations
   a.   _X_   Lack of Adequate Protection § 362(d)(1)
        i.    ___ No insurance
        ii.   ___ Taxes unpaid   Amount $_____
        iii.  ___ Rapidly depreciating asset
        iv.   _X_ Other

   b.   ___   No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.   ___   Other "Cause" § 362(d)(1)
        i.    ___ Bad Faith (describe) _____
        ii.   ___ Multiple Filings
        iii.  ___ Other (describe) _____

   d.   Debtor's Statement of Intention regarding the Collateral
        i.    ___ Reaffirm           ii.   ___ Redeem
        iii.  ___ Surrender          iv.   _X_ No Statement of Intention Filed

Date: _6/15/2009_                                    /s/ Jose Moreno
                                                     Counsel for Movant